CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Sung Woo Choi, Esq. [SBN: 243927]
LOGOS PROFESSIONAL LAW CORPORATION
Equitable Building
3435 Wilshire Blvd., Ste. 1810
Los Angeles, CA 90010
Phone: (213) 814 - 2442
Fax: (844) 564 – 6788
Attorney for Defendants
Westwood Marketplace, LLC and
A Mi Japanese Restaurant, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>    Plaintiff,<br><br>  v.<br><br>WESTWOOD MARKETPLACE, LLC, a California Limited Liability Company; A MI JAPANESE RESTAURANT, INC., a California Corporation<br><br>    Defendants. | Case: 2:20-cv-09641-ODW-MRW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 20, 2022        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: September 20, 2022        LOGOS PROFESSIONAL LAW CORPORATION

By: /s/ Sung Woo Choi
    Sung Woo Choi
    Attorney for Defendants
    Westwood Marketplace, LLC and
    A Mi Japanese Restaurant, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Sung Woo Choi, counsel for Westwood Marketplace, LLC and A Mi Japanese Restaurant, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 20, 2022          CENTER FOR DISABILITY ACCESS

                                            By: /s/ Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff